# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CAMERON P. WILLIAMS

NO. 2019 KW 0643

JUL 2 2 2019

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 526,869.

---

BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.

**WRIT GRANTED.** The March 21, 2019, ruling of the trial court granting the pro se motion to reconsider sentence "to the extent of my jurisdiction, to consider the matter" is reversed. Louisiana Code of Criminal Procedure article 881.1(A)(1) is "triggered by operation of law," unless the trial court "*specifically* allows for a longer period." (Emphasis added). See **State v. Williams**, 2016-0007 (La. App. 1st Cir. 6/3/16), 2016 WL 3131664 (unpublished), writ denied, 2016-1280 (La. 9/6/17), 226 So.3d 433. In the instant case, on March 21, 2019, the trial judge stated he intended to extend the time for filing a motion for reconsideration of sentence from thirty days to five years from resentencing. He did not, however, set forth that period at resentencing on September 29, 2015. Thus, the period for seeking reconsideration of sentence was thirty days from resentencing. See **State v. Neville**, 95-0547 (La. App. 4th Cir. 5/16/95), 655 So.2d 785, 786-88, writ denied, 95-1521 (La. 9/29/95), 660 So.2d 851. The defendant filed a counseled motion for reconsideration of sentence during this period, and the motion was denied. The trial court is without jurisdiction to consider the pro se motion for reconsideration of sentence, which is untimely and successive. See La. Code Crim. P. art. 916(3); **State v. Gedric**, 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 852 (per curiam), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239 ("[a]n 'out-of-time' motion to reconsider sentence is not contemplated by the Code of Criminal Procedure nor allowed by the jurisprudence."); **State v. Perkins**, 2008-0078 (La. App. 4th Cir. 6/25/08), 988 So.2d 793, 801, writ denied, 2008-1675 (La. 3/4/09), 3 So.3d 471 ("[a] trial court may not revisit a previously denied motion to reconsider [sentence].").

PMc
TMH
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT